UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re       Case No. 17−30357
            Chapter 13
Alyson Benjamin,

    Debtor.

# ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# CONDITIONAL ORDER DISMISSING CASE

    The court's records reflect that the debtor owes the court for unpaid filing fees from a previous case [16−30446−DHW and 15−33019−DHW]. As a result, the court will not approve the payment of fees in installments in this, the current case. Therefore, it is

    ORDERED that the application is DENIED. It is

    FURTHER ORDERED that this case is DISMISSED effective February 22, 2017, unless prior to the effective date the debtor pays the required filing fees for the current case in full.

Dated February 8, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

c:  Debtor
    Attorney for Debtor
    Trustee
    Financial Administrator, Middle District of Alabama